NUMBER 13-00-083-CV 



COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

___________________________________________________________________ 



THOMAS J. HENRY, Appellant, 



v. 



GARY W. WINTER D/B/A LIGHT SURROUNDINGS, Appellee. 

___________________________________________________________________ 



On appeal from the County Court at Law No. 2 

of Nueces County, Texas 

___________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, THOMAS J. HENRY, attempted to perfect an appeal from a
judgment entered by the County Court at Law No. 2 of Nueces
County, Texas, in cause number 98-60897-2. Judgment in this cause was
signed on October 18, 1999. A timely motion for new trial was filed on
November 17, 1999. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due
on January 17, 2000, but was not filed until February 2,
2000. 

Notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court's letter, the appeal would be dismissed. To
date, no response has been received from appellant. 

The Court, having examined and fully considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's failure to respond to this Court's
notice, is of the opinion that the appeal should be dismissed for want of jurisdiction.
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 6th day of April, 2000.